**1319** ATTORNEY GENERAL vs. BOARD OF ASSESSORS (Grand Rapids), No. 15199; 2 D. L. N., 636; 65 N. W., 2.

To compel respondent to proceed and spread the State and other taxes in accordance with the provisions of the City Charter as amended in 1895.

Granted November 26, 1895.